## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

BORCHARDT RIFLE CORP.,

       Plaintiff,

vs.                                                 No. CIV 08-1188 JB/WDS

NANCY F. COOK, Director of Industry
Operations, Bureau of Alcohol, Tobacco,
Firearms and Explosives,

       Defendant.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, filed October 27, 2009 (Doc. 13). In a Memorandum Opinion and Order, filed February 27, 2010 (Doc. 26), the Court granted Defendant Nancy Cook's motion for summary judgment and affirmed her decision to revoke Plaintiff Borchardt Rifle's federal firearms license. The Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered for Defendant Nancy Cook and against Plaintiff Borchardt Rifle, and that Cook 's revocation of Borchardt Rifle's federal firearms license is affirmed.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

John James D'Amato, Jr
Albuquerque, New Mexico

-- and --

Richard E. Gardiner
Fairfax, Virginia

    *Attorneys for the Plaintiff*

Gregory J. Fouratt
  United States Attorney
Jan Elizabeth Mitchell
  Assistant United States Attorney
United States Attorneys Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*